HOVEY *v.* WARK-GILBERT CO.

Usury—Corporations—Statutes—Bills and Notes—When Cause
of Action Arose.

> Under Act No. 335, Pub. Acts 1927, pt. 2, chap. 1, § 1, providing
> that ''no corporation shall interpose defense of usury to any
> cause of action hereafter arising,'' said defense is not avail-
> able in action against corporation on note which became due
> after act was in effect, since cause of action arose when note
> became due.

Error to Wayne; Lamb (Fred S.), J., presiding.
Submitted October 11, 1929. (Docket No. 65, Calen-
dar No. 34,555.) Decided December 3, 1929.

Assumpsit by Frank D. Hovey against Wark-
Gilbert Company, a Michigan corporation, on a
promissory note. From a judgment for plaintiff,
defendant brings error. Affirmed.

*Kenneth M. Stevens,* for plaintiff.

*James Gibbons,* for defendant.

Clark, J. Plaintiff sued on the note of defendant,
a Michigan corporation, due October 22, 1928, and
had judgment which defendant reviews on error.

Act No. 335, Pub. Acts 1927, pt. 2, chap. 1, § 1,
provided that ''no corporation shall interpose the
defense of usury to any cause of action hereafter
arising.''

The cause of action arose when the note became
due. The act was then in effect. Defendant sought

to interpose the sole defense of usury. This the act forbids. *Miller* v. *Reid,* 243 Mich. 694.

Judgment affirmed.

North, C. J., and Fead, Butzel, Wiest, McDonald, Potter, and Sharpe, JJ., concurred.